HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERNON BARR,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | CASE NO. C12-5094 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>[DKT. # 22] |

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge Karen Strombom [Dkt. #22], recommending that the Court affirm the ALJ's conclusion that the Plaintiff is not disabled and affirm the decision to deny SSI benefits.  It is herby ORDERED:

1. The Report and Recommendation is ADOPTED;

2. The ALJ"s decision is AFFIRMED; and

3. The Clerk shall direct copes of this Order to all counsel and to Magistrate Judge
   Karen L. Strombom.

\>\>

\>

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1 | IT IS SO ORDERED.

2 | Dated this 8th day of February, 2013.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge